# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
MARTIN, TAMMY L § Case No. 07-20616 REF
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Robert  H. Holber, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 07-20616   REF   Judge: Richard E. Fehling | Trustee Name: Robert H. Holber, Trustee |
| Case Name: | MARTIN, TAMMY L | Date Filed (f) or Converted (c): 04/13/07 (f) |
| | | 341(a) Meeting Date: 05/21/07 |
| For Period Ending: | 10/24/13 | Claims Bar Date: 09/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROP-120 Yocum Rd, Douglasville PA | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCTS-Sovereign Bank-Cking Acct | 500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNISHINGS | 900.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 5. FURS & JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. PENSION & PROFIT SHARING-Retirement Funds | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. AUTO & OTHER VEHICLES-1997 Mercedes E420 | 9,675.00 | 0.00 | | 0.00 | FA |
| 8. OTHER PERSONAL PROP-Med Malpractice Case (u) Amended Schedule B filed 05/25/07, docket # 19. | 0.00 | 32,619.75 | | 62,484.28 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 2.92 | FA |
| TOTALS (Excluding Unknown Values) | $231,325.00 | $32,619.75 | | $62,487.20 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Provide written documentation for value of house, amend Schedule I to include SS income of $1041, amend Schedule B and
SOFA #4 to include lawsuit , provide name and address of attorney handling case.
Talked with Mark Frost, Esq. today. Case has been filed in Mont. Cty. Plainitffs are both husband's estate and debtor.
Frost advised that the drug company recently pled guilty (criminally) for actions involving Oxycontn. He now believes
the case has some value. He plans on making a demand in the next month or two and will send me a blind copy. He hopes to
settle by the end of the year and if not to have a trial next year. He thinks the case may settle in the vicinity of
$100,000 1/25/07.
Talked with Mark Frost. Case still going on. Some deps taken more to be scheduled. No trial date set in Mont. Cty. Hopes

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-20616 REF  Judge: Richard E. Fehling | Trustee Name: | Robert H. Holber, Trustee |
| Case Name: | MARTIN, TAMMY L | Date Filed (f) or Converted (c): | 04/13/07 (f) |
| | | 341(a) Meeting Date: | 05/21/07 |
| | | Claims Bar Date: | 09/29/07 |

to get to trial by end of the year. 7/25/07

Motion for approval of confidential settlement filed 12/28/09. Hearing scheduled for 1/28/10. Expect over 40% of unsecureds to be paid.

Order entered on March 3.2010 approving settlement and testamentary estaste. Inheritance tax return being examined, Tax return to be revised after examination. Still collecting funds as regards asset number 8.

Received tax return and waiting for approval of tax return. Apparently tax return was not approved by Comm. of PA. Executrix had already filed a tax return and not told counsel. Have to review docs just received. Cannot seem to get straight answer from Frost. Will shortly file a motion requiring him to turn over docs to see what happened to the money., 7/22/12

Filed Application to Employ Dexter K. Case as counsel to Chapter 7 Trustee on 9/18/12. Order entered allowing for employment of D. Case on 10/2/12. Spoke with Case on 10/12/12. He will file a complaint against Frost to ascertain his calculations with testamentary funds. 2004 exam taken of Frost on 1/14/13. Will wait for transcript before proceeding. 2004 recently taken of Mark Frost Just received it 1/10/13. Will review it to see if any actions need to be taken and if now able to file a TFR.

Stipulation filed 3/13/13. Frost to pay $9609.28 to bankruptcy estate to settle questions as to distribution of funds from testamentary estate. Motion filed for approval. Order entered approving settlement on 4/2/13. Frost has until 5/2/13 to pay the settlement funds. Funds of $9609.28 paid by Frost on 5/9/13. July 11, 2013, 11:01 am

EST TFR DATE:  06/15/13  Extension to TFR Due Date:  08/15/13

Extension: 11/12/13  Or upon exemption check clearing the bank.

Actual TFR : 10/24/13

Initial Projected Date of Final Report (TFR): 01/15/09       Current Projected Date of Final Report (TFR): 11/12/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-20616 -REF | | Trustee Name: | Robert H. Holber, Trustee |
|---|---|---|---|---|
| Case Name: | MARTIN, TAMMY L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6004  TIP Account |
| Taxpayer ID No: | *******0092 | | | |
| For Period Ending: | 10/24/13 | | Blanket Bond (per case limit): | $ 1,683,467.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/11 | 8 | Mark B. Frost & Associates PC<br>7 N. Columbus Boulevard<br>Pier 5 at Penns Landing<br>Philadelphia, PA 19106 | Estate of John Martin | 1249-000 | 52,875.00 | | 52,875.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 52,875.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 52,875.45 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 52,875.91 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 52,876.34 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 52,876.79 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 67.36 | 52,809.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 52,809.86 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 65.11 | 52,744.75 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 52,745.19 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 65.03 | 52,680.16 |
| 01/19/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 52,680.42 |
| 01/19/12 | | Transfer to Acct #*******0004 | Bank Funds Transfer | 9999-000 | | 52,680.42 | 0.00 |

|  |  | COLUMN TOTALS | 52,877.92 | 52,877.92 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 52,680.42 | |
|  |  | Subtotal | 52,877.92 | 197.50 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 52,877.92 | 197.50 | |

Page Subtotals     52,877.92     52,877.92

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-20616 -REF | | Trustee Name: | Robert H. Holber, Trustee |
| Case Name: | MARTIN, TAMMY L | | Bank Name: | EAGLEBANK |
| | | | Account Number / CD #: | *******0004  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0092 | | | |
| For Period Ending: | 10/24/13 | | Blanket Bond (per case limit): | $ 1,683,467.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******6004 | Bank Funds Transfer | 9999-000 | 52,680.42 | | 52,680.42 |
| 02/14/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Annual Bond 01/01/12 - 1/01/13<br>016026390 | 2300-000 | | 21.08 | 52,659.34 |
| 01/04/13 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium<br>Acct. No. 1000-900-1944<br>Period 1/1/13 to 1/1/14 | 2300-000 | | 60.66 | 52,598.68 |
| * 01/04/13 | 000103 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium<br>Acct. No. 1000-900-1944<br>Period 1/1/13 to 1/1/14 | 2300-000 | | 60.66 | 52,538.02 |
| * 01/04/13 | 000103 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | -60.66 | 52,598.68 |
| 02/12/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 56.00 | 52,542.68 |
| 03/08/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 50.00 | 52,492.68 |
| 04/09/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 56.00 | 52,436.68 |
| 05/07/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 54.00 | 52,382.68 |
| 05/09/13 | 8 | Mark B Frost Associates PC<br>Pier 5 At Penns Landing<br>5 N Columbus Blvd.<br>Philadelphia, PA  19106 | Stipulation filed 03/13/13, docket #75 | 1249-000 | 9,609.28 | | 61,991.96 |
| 06/10/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 63.00 | 61,928.96 |
| 06/12/13 | 000104 | Dexter Case, Esquire<br>CASE, DIGIAMBERARDINO & LUTZ , P.C. | ATTNY FEES PER ORDER FILED 5/30/13<br>DOCKET #84 | 3210-000 | | 5,925.00 | 56,003.96 |

Page Subtotals     62,289.70     6,285.74

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 07-20616 -REF | Trustee Name: | Robert H. Holber, Trustee |
|---|---|---|---|
| Case Name: | MARTIN, TAMMY L | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0004 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0092 | | |
| For Period Ending: | 10/24/13 | Blanket Bond (per case limit): | $ 1,683,467.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/13 | 000105 | 845 NORTH PARK ROAD, SUITE 101 WYOMISSING, PA 19610 Dexter Case, Esquire CASE, DIGIAMBERARDINO & LUTZ, P.C. 845 NORTH PARK ROAD, SUITE 101 WYOMISSING, PA 19610 | ATTNY EXP PER ORDER FILED 5/30/13 DOCKET #84 | 3220-000 | | 386.01 | 55,617.95 |
| 07/10/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 61.00 | 55,556.95 |
| 08/08/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 59.00 | 55,497.95 |
| 08/16/13 | 000106 | Tammy L. Martin 120 Yocum Road Douglassville, PA 19518 | Per Amended Sch C - Doc #20 | 8100-002 | | 2,000.00 | 53,497.95 |
| 09/11/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 59.00 | 53,438.95 |
| 10/04/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 55.00 | 53,383.95 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 62,289.70 | 8,905.75 | 53,383.95 |
| Less:  Bank Transfers/CD's | 52,680.42 | 0.00 | |
| Subtotal | 9,609.28 | 8,905.75 | |
| Less:  Payments to Debtors | | 2,000.00 | |
| Net | 9,609.28 | 6,905.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TIP Account - ********6004 | 52,877.92 | 197.50 | 0.00 |
| CHECKING ACCOUNT - ********0004 | 9,609.28 | 6,905.75 | 53,383.95 |
| | ---------------- | ---------------- | ---------------- |
| | 62,487.20 | 7,103.25 | 53,383.95 |
| | ======== | ======== | ======== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,620.01

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 17.03a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 07-20616 -REF | Trustee Name: | Robert H. Holber, Trustee |
|---|---|---|---|
| Case Name: | MARTIN, TAMMY L | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0004 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0092 | | |
| For Period Ending: | 10/24/13 | Blanket Bond (per case limit): | $ 1,683,467.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 24, 2013 |

Case Number:  07-20616  
Debtor Name:  MARTIN, TAMMY L    Claim Class Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| ATTY1A 001 3210-00 | Dexter K. Case, Esquire<br>CASE, DIGIAMBERARDINO & LUTZ, P.C.<br>845 N. Park Road<br>Suite 101<br>Wyomissing, PA 19610 | Administrative | Order filed 05/30/13, docket # 84. | $5,925.00 | $5,925.00 | $0.00 |
| ATTY1B 001 3220-00 | Dexter K. Case, Esquire<br>CASE, DIGIAMBERARDINO & LUTZ, P.C.<br>845 N. Park Road<br>Suite 101<br>Wyomissing, PA 19610 | Administrative | Order filed 05/30/13, docket # 84. | $386.01 | $386.01 | $0.00 |
| 000008 058 5800-00 | PA Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg PA 17128-0946 | Priority | Withdrawal of claim filed 9/14/07, Docket # 27. | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | Unsecured | Acct 2735 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Chase<br>Bank One Card Serv<br>Westerviille, OH 43081 | Unsecured | Acct 1137 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Unsecured | Acct 1378 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Discover Financial<br>P.O. Box 15316<br>Wilmington, DE 19850 | Unsecured | Acct 9055 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Surgical Monitoring<br>900 Old Marple Road<br>Springfield, PA 19064 | Unsecured | Acct 0440 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | THD/CBSD<br>P.O. Box 6003<br>Hagerstown, MD 21747 | Unsecured | Acct 4821 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | Thomas Jefferson University Hospital<br>P.O. Box 8500-3100<br>Philadelphia, PA 19178-3100 | Unsecured | Acct 9631 | $0.00 | $0.00 | $0.00 |
| 070 7100-00 | WFFNB/VS<br>P.O. Box 182128<br>Columbus, OH 43218 | Unsecured | Acct 4836 | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | allow as gen unsecured<br>acct 3897 | $1,827.02 | $0.00 | $1,827.02 |

| | | EXHIBIT C | |
|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | Date: October 24, 2013 |

Case Number:   07-20616  
Debtor Name:   MARTIN, TAMMY L

Claim Class Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | allow as gen unsecured<br>acct 8033 | $846.48 | $0.00 | $846.48 |
| 000003 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | allow as gen unsecured<br>acct 3819 | $1,071.23 | $0.00 | $1,071.23 |
| 000004 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | allow as gen unsecured<br>acct 9552 | $279.90 | $0.00 | $279.90 |
| 000005 070 7100-00 | DISCOVER BANK/DFS-SERVICES, LLC<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | allow as gen unsecured<br>acct 0222 | $8,812.98 | $0.00 | $8,812.98 |
| 000006 070 7100-00 | DISCOVER BANK/DFS-SERVICES, LLC<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | allow as gen unsecured<br>acct 7434 | $8,718.05 | $0.00 | $8,718.05 |
| 000007 070 7100-00 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374 | Unsecured | allow as gen unsecured<br>acct 5856 | $1,664.02 | $0.00 | $1,664.02 |
| 000009 070 7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | allow as gen unsecured<br>acct 8997 | $580.36 | $0.00 | $580.36 |
| 000010 070 7100-00 | Household Bank (SB), N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | allow as gen unsecured<br>acct 4821 | $1,697.33 | $0.00 | $1,697.33 |
| 000011 070 7100-00 | eCAST Settlement Corp<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | allow as gen unsecured<br>acct 6140 | $1,649.23 | $0.00 | $1,649.23 |
| 000012 070 7100-00 | LVNV Funding LLC as assigneeofWashington Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured<br>acct 4214 | $2,231.40 | $0.00 | $2,231.40 |

|  |  | EXHIBIT C |  |  |
|---|---|---|---|---|
| Page 3 |  | ANALYSIS OF CLAIMS REGISTER |  | Date: October 24, 2013 |

Case Number: 07-20616  
Debtor Name: MARTIN, TAMMY L  

Claim Class Sequence  

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | LVNV Funding LLC as assigneeofWashington Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured acct 3060 | $7,218.01 | $0.00 | $7,218.01 |
| 000014 070 7100-00 | LVNV Funding LLC as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured acct 5656 | $290.64 | $0.00 | $290.64 |
| 000015 070 7100-00 | LVNV Funding LLC as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured acct 4286 | $2,533.22 | $0.00 | $2,533.22 |
| 000016 070 7100-00 | LVNV Funding LLC as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured acct 9930 | $16,235.15 | $0.00 | $16,235.15 |
| 000017 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | allow as gen unsecured acct 5376 | $9,151.38 | $0.00 | $9,151.38 |
| 000018 080 7200-00 | FIA Card Services, NA/Bank of America American InfoSource LP as agent for 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | allow as late filed gen unsecured acct 0113 or acct 0925 | $6,187.37 | $0.00 | $6,187.37 |
| 000019 080 7200-00 | FIA Card Services, NA/Bank of America American InfoSource LP as agent for 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | allow as late filed gen unsecured acct 8068 or acct 5564 | $8,930.40 | $0.00 | $8,930.40 |
| 050 4110-00 | Everhome Mortgage 8100 Nations Way Jadksonville, FL 32256 | Secured | Acct 5307 | $0.00 | $0.00 | $0.00 |
| 050 4110-00 | Harleysville National Bank 483 Main Street Harleysville, PA 19438 | Secured | Acct 0639 | $0.00 | $0.00 | $0.00 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 24, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 07-20616 | Claim Class Sequence | | | | |
| Debtor Name: | MARTIN, TAMMY L | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $86,235.18 | $6,311.01 | $79,924.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-20616 REF
Case Name: MARTIN, TAMMY L
Trustee Name: Robert H. Holber, Trustee

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Everhome Mortgage | $ | $ | $ | $ |
|  | Harleysville National Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                                          $_____

Remaining Balance                                                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber, Trustee | $ | $ | $ |
| Trustee Expenses: Robert H. Holber, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Dexter K. Case, Esquire | $ | $ | $ |
| Attorney for Trustee Expenses: Dexter K. Case, Esquire | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                         $_____

Remaining Balance                                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PA Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                                                                              $_____

Remaining Balance                                                                                                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery One | $ | $ | $ |
| 000002 | Capital Recovery One | $ | $ | $ |
| 000003 | Capital Recovery One | $ | $ | $ |
| 000004 | Capital Recovery One | $ | $ | $ |
| 000005 | DISCOVER BANK/DFS-SERVICES, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | DISCOVER BANK/DFS-SERVICES, LLC | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000009 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000010 | Household Bank (SB), N.A. | $ | $ | $ |
| 000011 | eCAST Settlement Corp | $ | $ | $ |
| 000012 | LVNV Funding LLC as assigneeofWashington | $ | $ | $ |
| 000013 | LVNV Funding LLC as assigneeofWashington | $ | $ | $ |
| 000014 | LVNV Funding LLC as assignee of Citibank | $ | $ | $ |
| 000015 | LVNV Funding LLC as assignee of Citibank | $ | $ | $ |
| 000016 | LVNV Funding LLC as assignee of Citibank | $ | $ | $ |
| 000017 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
|  | Bank of America | $ | $ | $ |
|  | Chase | $ | $ | $ |
|  | Citi | $ | $ | $ |
|  | Discover Financial | $ | $ | $ |
|  | Surgical Monitoring | $ | $ | $ |
|  | THD/CBSD | $ | $ | $ |
|  | Thomas Jefferson University Hospital | $ | $ | $ |
|  | WFFNB/VS | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

    Remaining Balance                          $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000019 | FIA Card Services, NA/Bank of America | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance                          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*